**Ernestine YOUTSLER, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 2007–3239.**

United States Court of Appeals, Federal Circuit.

Dec. 10, 2007.

Norman Jackman, Jackman & Roth LLP, of Cambridge, Massachusetts, argued for petitioner.

Ellen M. Lynch, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Franklin E. White, Jr., Assistant Director. Of counsel on the brief was Jo Ann Chabot, Office of the General Counsel, Office of Personnel Management, of Washington, DC.

Before RADER, SCHALL and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.